UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COVERALL NORTH AMERICA, INC.,**<br><br>Petitioner,<br><br>vs.<br><br>**ADELSON SODRE,**<br><br>Respondent. | Civil Action No. 05-11874 (MLW) |

### RULE 7.1(A) STATEMENT OF COVERALL NORTH AMERICA, INC.

Coverall North America, Inc. ("Coverall") has no parent corporation, and no publicly held corporation owns 10% or more of Coverall's stock.

        **COVERALL NORTH AMERICA, INC.**,

        By its attorneys,

        /s/ Michael D. Vhay
        Michael D. Vhay (BBO #566444)
        Traci S. Feit (BBO# 660688)
        DLA PIPER RUDNICK GRAY CARY US LLP
        One International Place, 21st Floor
        100 Oliver Street
        Boston, MA  02110-2600
        (617) 406-6000 (*telephone*)
        (617) 406-6100 (*fax*)

Dated:  September 23, 2005